IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DEMIELI WRIGHT,<br><br>      Plaintiff,<br><br> v.<br><br>ELECTROLUX HOME PRODUCTS, INC. DBA FRIGIDAIRE,<br><br>      Defendant. | Case No. 1:20-CV-2228-JRS-DML<br><br>NOTICE OF SETTLEMENT |

## **NOTICE OF SETTLEMENT**

Plaintiff, DEMIELI WRIGHT, hereby advises this Honorable Court that he has reached an agreement in principle with Defendant ELECTROLUX HOME PRODUCTS, INC. DBA FRIGIDAIRE. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within 30 days. The parties respectfully request the Court vacate the conference set for November 2, 2020, as well as all associated deadlines.

Dated: October 26, 2020      Respectfully Submitted,

                */s/ Noah C. Thomas*
                Noah C. Thomas
                noah@chapmanlaw.com
                **CHAPMAN LAW LLC**
                20 NW 3rd Street, Suite 1410
                Evansville, IN 47708
                Phone: (812) 426-0600

                *Attorneys for Plaintiff Demieli Wright*

## **CERTIFICATE OF SERVICE**

  I, Noah C. Thomas, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 26th day of October, 2020.

                  */s/ Noah C. Thomas*
                  Noah C. Thomas