IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DEMIELI WRIGHT,<br><br>                          Plaintiff,<br><br>     v.<br><br>ELECTROLUX HOME PRODUCTS, INC. DBA FRIGIDAIRE,<br><br>                          Defendant. | Case No. 1:20-CV-2228-JRS-DML<br><br>STIPULATION FOR DISMISSAL |

> Dismissal with prejudice acknowledged.
> JRS, DJ, 11/9/2020
> Distribution to all parties of record via CM/ECF.

## STIPULATION FOR DISMISSAL

Plaintiff, DEMIELI WRIGHT, and Defendant, ELECTROLUX HOME PRODUCTS, INC. DBA FRIGIDAIRE, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 6, 2020

| | |
|---|---|
| **CHAPMAN LAW LLC**<br><br>By: */s/ Noah C. Thomas*<br>Noah C. Thomas<br>noah@chapmanlaw.com<br>20 NW 3rd Street, Suite 1410<br>Evansville, IN 47708<br>Phone: (812) 426-0600<br><br>*Attorneys for Plaintiff* | **HUNTON ANDREWS KURTH LLP**<br><br>By: */s/ M. Brett Burns*<br>M. Brett Burns (*Admitted Pro Hac Vice*)<br>mbrettburns@huntonak.com<br>50 California Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: (415) 975-3700<br><br>*Attorneys for Defendant* |